George JONES, Jr. *v.* STATE of Arkansas

CR 96-922                                    926 S.W.2d 665

Supreme Court of Arkansas
Opinion delivered September 9, 1996

*Davis H. Loftin*, for appellant.

No response.

PER CURIAM. Appellant George Jones, Jr., by his attorney, Davis H. Loftin, has filed a motion for rule on the clerk. We treat this as a motion for a belated appeal. Mr. Loftin states by motion that he miscalculated the number of days in which to file a notice of appeal and, as a result, filed the notice one day late.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the

motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam). The motion is therefore granted.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.